United States District Court
Southern District of Texas

**ENTERED**

October 26, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Tetra Technologies, Inc., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-26-1364 |
| | § | |
| Orinoco Natural Resources LLC, | § | |
| | § | |
| Defendant. | § | |

# ORDER

On October 2, 2026, Magistrate Judge Peter Bray recommended that the court grant Plaintiff Tetra Technologies, Inc.'s Motion for Default Judgment Against Defendant Orinoco Natural Resources LLC. (Docket Entry No. 14.) The parties were provided with notice and opportunity to object to the magistrate judge's recommendation. No objections were filed. The court has reviewed the recommendation and finds no error in law or fact. The court therefore **ADOPTS** the Memorandum and Recommendation as its Memorandum and Opinion.

A separate final judgment will be entered.

**SIGNED** at Houston, Texas, on this the 26th day of October, 2026.

Sim Lake
Senior United States District Judge