United States District Court
Southern District of Texas
**ENTERED**
October 26, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Tetra Technologies, Inc., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-26-1364 |
| | § | |
| Orinoco Natural Resources LLC, | § | |
| | § | |
| Defendant. | § | |

# FINAL DEFAULT JUDGMENT

In accordance with this Court's Order of Adoption entered this day adopting the Magistrate Judge's recommendations, it is hereby **ORDERED and ADJUDGED** that final default judgment be entered in favor of Plaintiff Tetra Technologies, Inc. (TETRA) against Orinoco Natural Resources LLC as follows:

Orinoco is required to fulfill, perform, pay and discharge all of TETRA's decommissioning obligations related to the 'A' Platform in the East Cameron Block 328, OCS-G 10638 (Platform A);

Orinoco is required to indemnify, defend, and hold TETRA harmless from and against any and all Losses arising out of any Platform A decommissioning obligations, including but not limited to any and all costs, expenses, and fees incurred by TETRA in connection with Arena Energy, LLC v. Maritech Res., LLC, No. 25-cv-00641 (S.D. Tex. Feb. 13, 2025) (the Related Case) and any judgments that may be issued against TETRA in the Related Case;

Orinoco is required to indemnify, defend, and hold TETRA harmless from and against any and all "Assumed Obligations," including those related to Platform A's decommissioning obligations, including but not limited to any and all costs, expenses, and fees incurred by TETRA in connection with the Related Case and any judgments that may be issued against TETRA in the Related Case.

This is a **FINAL DEFAULT JUDGMENT.**

**SIGNED** at Houston, Texas, on this the 26th day of October, 2026.

Sim Lake
Senior United States District Judge